UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FLORIDA MEDICAL ASSOCIATION, INC., *et al.*,

    Plaintiffs,

v.                                      Case No. 3:78-cv-178-J-99MMH-MCR

DEPARTMENT OF HEALTH, EDUCATION
& WELFARE, *et al.*,

    Defendants,

DOW JONES & COMPANY, INC.

    Intervening Defendant.
_____/

## MOTION TO APPEAR PRO HAC VICE

John R. Eastburg, of the firm of Davis Wright Tremaine LLP moves, pursuant to Local Rules 2.02 and 3.01, for special admission to appear in this case as co-counsel for Intervening Defendant Dow Jones & Company, Inc. The grounds for this motion are set forth in the following memorandum.

## MEMORANDUM IN SUPPORT OF MOTION

1.    Movant is an attorney licensed to practice law in the District of Columbia and the State of California, and has been a member in good standing of the District of Columbia Bar since November 7, 2008, and of the State of California Bar since December 6, 2006.

2.    Movant is also admitted to practice before the United States Supreme Court, the United States Court of Appeals for the D.C. Circuit and the Ninth Circuit, and the United States District Courts for the District of Columbia, the Central District of California, the Southern District of California, and the Northern District of California.

3. Movant designates Michael G. Tanner of Tanner Bishop who is qualified to practice in this Court and who consents to designation as local counsel.

4. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the District of Columbia, the State of California, or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

5. Movant certifies further that he is familiar with and shall be governed by the Local Rules of this Court, Florida Bar Code of Professional Responsibility and all other requirements governing the professional behavior of members of The Florida Bar.

6. Movant is not admitted to practice in the Middle District of Florida. Movant has not been admitted *pro hac vice* in any other Florida court in the past three years.

7. Movant certifies that he has contemporaneously filed with the Clerk of the Court an executed copy of his Special Admission Attorney Certification along with the requisite $10.00 filing fee.

WHEREFORE, Movant, John R. Eastburg, respectfully requests entry of an Order granting him permission to appear *pro hac vice* in this Court on behalf of Dow Jones & Company, Inc.

Dated this 2nd day of February, 2011.

          DAVIS WRIGHT TREMAINE LLP

          */s/ John R. Eastburg*
          John R. Eastburg
          1919 Pennsylvania Avenue, NW, Suite 800
          Washington, D.C. 120006-3401
          Telephone:  202-973-4200
          Facsimile:  202-973-4499
          roryeastburg@dwt.com

          *Attorneys for Dow Jones & Company, Inc.*

## CONSENT TO ACT AS LOCAL COUNSEL

I, Michael G. Tanner, an attorney qualified to practice in this Court, consent to my designation as local counsel for John R. Eastburg and agree to serve as the designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with Local Rule 2.02(a).

## LOCAL RULE 3.01(g) CERTIFICATION

The counsel for Intervening Defendant Dow Jones & Company, Inc., pursuant to Local Rule 3.01(g), represents counsel has attempted to identify who currently is counsel for the parties in this case and to confer with counsel in regard to the foregoing motion. At the time of filing this Motion, counsel for the American Medical Association and the Department for Health and Human Services consent to this Motion. Counsel for Dow Jones has attempted to contact the general counsel for the Florida Medical Association ("FMA") but has yet to receive a response as to whether the FMA consents to this Motion. Dow Jones will file a supplementary certification as parties are identified and make their positions clear.

TANNER BISHOP


By: */s/ Michael G. Tanner*
     Michael G. Tanner

Florida Bar Number 0261300
One Independent Drive, Suite 1700
Helen A. Peacock
Florida Bar Number 0016196
Jacksonville, Florida 32202
(904) 598-0034 / (904) 598-0395 (facsimile)
mtanner@tannerbishoplaw.com
hpeacock@tannerbishoplaw.com

*Attorneys for Dow Jones & Company, Inc.*

4

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 2nd, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Jeffrey M. Scott<br>Florida Medical Association Office of<br>General Counsel<br>1430 Piedmont Drive East<br>Tallahassee, Florida  32308<br>850-224-6496<br>850-222-8030 (fax)<br><br>*Florida Medical Association* | Jack R. Bierig<br>Newton N. Minow<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL  60603<br>312.853.7000<br>312-853-7036 (fax)<br><br>*American Medical Association* |
| James Luh<br>U.S. Department of Justice<br>Federal Programs Branch, Civil Division<br>20 Massachusetts Avenue, NW<br>Room 7152<br>Washington, D.C. 20530<br>202-514-4938<br>202-616-8460 (fax)<br><br>*Department of Health and Human Services f/k/a Department of Health, Education and Welfare* | Roberto Rodriguez<br>Assistant United States Attorney<br>300 North Hogan Street<br>Suite 700<br>Jacksonville, FL  32202<br>904-301-6300<br>904-301-6310 (fax)<br><br>*Department of Health and Human Services f/k/a Department of Health, Education and Welfare* |

                  _____*s/ Michael G. Tanner*_____
                      Attorney