UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FLORIDA MEDICAL ASSOCIATION, INC., *et al.*,

        Plaintiffs,

vs.     Case No.  3:78-cv-178-J-99MMH-MCR

DEPARTMENT OF HEALTH, EDUCATION, & WELFARE, *et al.*,

        Defendants,

DOW JONES & COMPANY, INC.

        Intervening Defendant.
_____/

## NOTICE OF HEARING

**TAKE NOTICE** that a hearing on Dow Jones & Company, Inc.'s Motion to Intervene and Motion to Reopen Case (Docs. 1, 7) will be conducted by the Honorable Monte C. Richardson, United States Magistrate Judge, on **Thursday, April 14, 2011** at **9:30 A.M.**, before the Honorable Monte C. Richardson, United States Magistrate Judge, at the United States Courthouse, Courtroom No. 5C, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida.

DATE:      March 7, 2011

                                    FOR THE COURT:

                                    By:    Brooke E. Eisenhut
                                                  Law Clerk

Copies to:

Counsel of Record
Any Unrepresented Parties